IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PREMIER ROOFING SERVICES, LLC,    Civil Action No.: 2:22-cv-03197-CMR

    Plaintiff,

vs.

THE CINCINNATI INSURANCE
COMPANIES,

    Defendant.

## STIPULATION AND ORDER OF COURT AMENDING CASE CAPTION

NOW COME Plaintiff, Premier Roofing Services, LLC by and through its undersigned counsel and Defendant, The Cincinnati Specialty Underwriters Insurance Company incorrectly identified as The Cincinnati Insurance Companies, by and through its undersigned counsel, and Stipulate to the amendment of the case caption to properly identify the Defendant in this matter as The Cincinnati Specialty Underwriters Insurance Company so that the caption will now read:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PREMIER ROOFING    Civil Action No.: 2:22-cv-03197-CMR
SERVICES, LLC,

    Plaintiff,

vs.

THE CINCINNATI
SPECIALTY
UNDERWRITERS
INSURANCE COMPANY,

    Defendant.

Stipulated to by:

By: _____  
Paul Bucco, Esquire (#52561)  
Davis S. Makara, Esquire (#78241)  
Davis Bucco Makara & Dorsey  
10 East 6th Avenue, Suite 100  
Conshohocken, PA 19428  
Counsel for Plaintiff  
610-238-0880  
paulbucco@davisbucco.com;  
dave.makara@davisbucco.com  
Counsel for Plaintiff  

Dated: 8/23/22

By: _____  
Adam M. Barnes, Esquire (#84268)  
Walsh, Barnes & Zumpella, P.C.  
2100 Corporate Drive, Suite 300  
Wexford, PA 15090  
412-258-2255  
abarnes@walshlegal.net  
Counsel for Defendant  

Dated: 8/26/22

It is hereby **ORDERED** that the caption is so amended.

**ENTERED** this _____ day of _____, 2022.

_____  
Cynthia M. Rufe  
Senior United States District Judge