**DAVIS BUCCO & MAKARA**
By:   Paul A. Bucco, Esquire
       David S. Makara, Esquire
Attorney ID. Nos. 52561/78241
10 E. 6th Avenue, Suite 100
Conshohocken, PA 19428                                              *Attorneys for Plaintiff*
(610-238-0880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PREMIER ROOFING SERVICES, LLC | : | |
| | : | |
| Plaintiff | : | No. 2:22-cv-03197-CMR |
| v. | : | |
| | : | |
| THE CINCINNATI INSURANCE COMPANIES | : | |
| | : | |
| Defendant | : | |

Plaintiff Premier Roofing Services, LLC and Defendant The Cincinnati Insurance Companies hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, cause of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: September 13, 2007

**DAVIS BUCCO & MAKARA**

By:   /s/ *David S. Makara*
       By: DAVID S. MAKARA, ESQUIRE
       Attorney for Plaintiff

Dated: September 13, 2007

**WALSH BARNES, P.C.**

By:   /s/ *Adam M. Barnes*
       By: ADAM M. BARNES, ESQUIRE
       Attorney for Defendant

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and cost. The clerk is directed to close the file.

Dated: September 13, 2023

**BY THE COURT:**

_____
**J.**